DANIEL G. BOGDEN
United States Attorney
Nevada Bar Number 2137
MICHAEL A. HUMPHREYS
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
Counsel for the United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 2:12-CV-1014-RCJ-(GWF) |
| $150,990.00 IN UNITED STATES CURRENCY, | ) ) ) ) | |
| Defendant. | ) | |

**UNITED STATES OF AMERICA'S UNOPPOSED MOTION TO STRIKE PART OF THE NOTICE OF ELECTRONIC FILING IN ECF NO. 8, REQUIRING DISCOVERY PLAN/SCHEDULING ORDER BY 10/11/2012**

The United States of America ("United States"), by and through Daniel G. Bogden, United States Attorney for the District of Nevada, and Michael A. Humphreys, Assistant United States Attorney, respectfully moves this Honorable Court for an Order striking part of the Notice of Electronic Filing in ECF No. 8, requiring "Discovery Plan/Scheduling Order due by 10/11/2012". First Answer to Complaint (ECF No. 1) in Forfeiture, ECF No. 8.

The basis is as follows. Fed. R. Civ. P. 16(b) authorizes exemption of Discovery Plan/Scheduling Order under local rules.  A civil forfeiture in rem action is exempt from a Discovery Plan/Scheduling Order under LR 16-1.

1       On November 15, 2012, the United States contacted Josh Tomsheck, attorney for Alejandro Diaz-Flores. He has no objection to this Motion. This Motion is not submitted solely for the purpose of delay or for any other improper purpose.

      DATED this 15th day of November, 2012.

DANIEL G. BOGDEN
United States Attorney

/s/Michael A. Humphreys
MICHAEL A. HUMPHREYS
Assistant United States Attorney

IT IS SO ORDERED:

*[signature: George Foley Jr.]*
UNITED STATES MAGISTRATE JUDGE
DATED: November 16, 2012

**PROOF OF SERVICE**

I, Elizabeth Baechler-Warren, Forfeiture Support Associate Paralegal, certify that the following individual was served with a copy of the foregoing Motion on November 15, 2012, by the below identified method of service:

CM/ECF:

Joshua Tomsheck
Hofland & Tomsheck
228 South Fourth Street
Las Vegas, NV 89101
E-Mail: Jtomsheck@hoflandlaw.com
Counsel for Claimant Alejandro Diaz-Flores

/s/ Elizabeth Baechler-Warren
Elizabeth Baechler-Warren
Forfeiture Support Associate Paralegal